594

Submitted March 17, 1980.   Robert I. Segal, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

428 A.2d 678

Commonwealth v. Jones, D., Appellant.

Submitted November 16, 1979.   John H. Corbett, Jr., for appellant;   Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

428 A.2d 678

Commonwealth v. Jones, P., Appellant.
Reargument Denied Oct. 6, 1980.

Argued December 3, 1979. Menno B. Rohrer, for appellant; Edward F. Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Judgment of sentence affirmed.

---

428 A.2d 679

Commonwealth v. Olexy, Appellant.

Submitted December 6, 1979. Jonathan Blum, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

---

428 A.2d 679

Commonwealth v. O'Shea, Appellant.

---

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.